# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Charles A. Shirley, ) | |
| Movant, ) | |
| ) | |
| vs. ) | No. 04-0683-CV-W-FJG |
| ) | Crim. No. 02-0061-01-CR-W-FJG |
| United States of America, ) | |
| Respondent. ) | |

## ORDER

Movant pled guilty to Count 4 of the Indictment on June 24, 2002. A sentencing hearing was held on August 8, 2003, and judgment entered on August 11, 2003. Movant did not appeal his sentence. Thereafter, movant filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 on August 6, 2004, and an amended 28 U.S.C. § 2255 motion on March 2, 2005. Upon review of the pending motions and responses, the Court concludes the issues raised by movant are not supported by either the record or prevailing legal authority. For the aforesaid reasons movant's request for an evidentiary hearing is denied, and his motion to vacate, set aside or correct this sentence pursuant to 28 U.S.C. Sec. 2255 is denied.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: June 28, 2005
Kansas City, Missouri